IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hyler-Franklin, Carolyn A

Printed: 11/20/07

Case Number: 05 B 30126
Judge: Hollis, Pamela S
Filed: 8/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 30, 2007
Confirmed: September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,505.00 |  |
| Secured: |  | 5,077.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,040.00 |
| Trustee Fee: |  | 387.46 |
| Other Funds: |  | 0.01 |
| Totals: | 7,505.00 | 7,505.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,040.00 | 2,040.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 754.70 | 284.17 |
| 4. | Mortgage Electronic Registration Sys | Secured | 6,014.44 | 2,264.63 |
| 5. | Banco Popular | Secured | 6,941.31 | 2,528.73 |
| 6. | Resurgent Capital Services | Unsecured | 5.82 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 26.73 | 0.00 |
| 8. | B-Line LLC | Unsecured | 81.46 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 21.99 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 31.90 | 0.00 |
| 11. | City Of Chicago | Unsecured | 6.24 | 0.00 |
| 12. | Beneficial Finance Corporation | Unsecured |  | No Claim Filed |
| 13. | Collection Bureau Of America | Unsecured |  | No Claim Filed |
| 14. | Academy Collection Service | Unsecured |  | No Claim Filed |
| 15. | North Shore Agency Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,924.59 | $ 7,117.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 195.52 |
| 5% | 58.72 |
| 4.8% | 133.22 |
|  | _____ |
|  | $ 387.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hyler-Franklin, Carolyn A

Printed:  11/20/07

Case Number:  05 B 30126
Judge:  Hollis, Pamela S
Filed:  8/2/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_